HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
MADDIE WONG
Certified Law Student
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
IVAN CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-po-00015-CKD |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE ORDER |
| vs. | |
| IVAN CABALLERO, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, IVAN CABALLERO, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if the defendant were personally present. The defendant further acknowledges being informed of his right to be personally present for all hearings, and authorizes his attorney to set times and dates in his case without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March 24, 2025

/s/ Ivan Caballero
IVAN CABALLERO
(Defendant)
Original retained by attorney

Dated: March 24, 2025

/s/ Megan Hopkins

MEGAN HOPKINS
Assistant Federal Defender
MADDIE WONG
Certified Law Student
Counsel for Defendant

IT IS SO ORDERED.

Dated: March 25, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Request for Rule 43 Waiver of Appearance

2