HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
MADDIE WONG
Certified Law Student
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
IVAN CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-po-00015-CKD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET COLLATERAL; ORDER |
| vs. | |
| IVAN CABALLERO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney HEIKO COPPOLA, and Assistant Federal Defender MEGAN T. HOPKINS, attorney for IVAN CABALLERO, that the Court reset the total collateral in this case to $380 (including a $350 fine and the $30 processing fee), and that the status conference currently set for Thursday, April 24, 2025 at 10:00 a.m. be continued to June 30, 2025 at 2:00 p.m..

Mr. Caballero made his initial appearance on March 11, 2025. At that hearing, the government moved to amend citation number 9445321 to a violation of California Vehicle Code Section 12500(a), and moved to dismiss citation number 9445322. The Court granted both motions. Dkt. 6. The parties now agree that resetting the collateral in citation number 9445321 to a fine of $350 and a processing fee of $30, for a total collateral of $380, is in the interest of justice, and stipulate to the same.

The parties further stipulate that the status conference currently scheduled for April 24, 2025 be continued to June 30, 2025 at 2:00 p.m., to permit Mr. Caballero time to pay the collateral, so that this matter may be taken off calendar.

DATED:  April 23, 2025                                    Respectfully submitted,

                                                          HEATHER WILLIAMS
                                                          Federal Defender


                                                          */s/ Megan Hopkins*
                                                          MEGAN HOPKINS
                                                          Assistant Federal Defender
                                                          MADDIE WONG
                                                          Certified Law Student
                                                          Counsel for Defendant


                                                          MICHELLE BECKWITH
                                                          Acting United States Attorney

Date: April 23, 2025                                      */s/  Heiko Coppola*
                                                          HEIKO COPPOLA
                                                          Assistant United States Attorney
                                                          Attorneys for The United States


        IT IS SO ORDERED.

Dated:  April 23, 2025

                                                          _____
                                                          CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE